## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., Plaintiff, | FILED: MAY 19, 2008 |
| v. | 08 cv 2884    JH |
| THE TRIBUNE COMPANY, LOCAL TV LLC, and ANDREW FRIEDMAN,  Defendants. | JUDGE GOTTSCHALL |
|  | MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, CLEAR CHANNEL BROADCASTING, INC.

| NAME (Type or print) |
|---|
| Thurston C. Bailey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Thurston C. Bailey |

| FIRM |
|---|
| SCHIFF HARDIN LLP |

| STREET ADDRESS |
|---|
| 6600 Sears Tower |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292183 | 312-258-5561 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐