U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., Plaintiff, v. THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, Defendants. | FILED: MAY 19, 2008  08 cv 2884   JH  JUDGE GOTTSCHALL  MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, CLEAR CHANNEL BROADCASTING, INC.

| NAME (Type or print) |
|---|
| Julie J. Furer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie J. Furer |
| FIRM |
| SCHIFF HARDIN LLP |
| STREET ADDRESS |
| 6600 Sears Tower |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6224975 | 312-258-5689 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐