U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., Plaintiff, v. THE TRIBUNE COMPANY, LOCAL TV LLC, and ANDREW FRIEDMAN, Defendants. | FILED: MAY 19, 2008<br>08 cv 2884   JH<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, CLEAR CHANNEL BROADCASTING, INC.

| | |
|---|---|
| NAME (Type or print)<br>Linda K. Stevens | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Linda K. Stevens | |
| FIRM<br>SCHIFF HARDIN LLP | |
| STREET ADDRESS<br>6600 Sears Tower | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196032 | TELEPHONE NUMBER<br>312-258-5667 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |