IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Susan E. Cox |

## MOTION FOR PROTECTIVE ORDER

Plaintiff Clear Channel Broadcasting, Inc. ("Clear Channel"), pursuant to Fed.R.Civ.Pro. 26(c) and Local Rule 37.1, requests entry of a Protective Order in the form of Exhibit A attached hereto to govern discovery in this case. In support thereof, Clear Channel states as follows.

1. Clear Channel brings this action seeking, among other relief, to enjoin Defendants' actual and threatened misappropriation of Clear Channel's trade secrets relating to its Online Radio Business and breach of contractual obligations to Clear Channel, all for the benefit of defendant The Tribune Company, which competes with Clear Channel in the Online Radio business, and defendant Andrew Friedman, who has left Clear Channel to work for The Tribune Company in a similar capacity as those he held at Clear Channel.

2. On information and belief, the discovery sought in this case will, by virtue of the nature of the case, call for disclosure of trade secrets and other highly confidential information. In addition, some of the documents and testimony to be sought from Defendants and non-parties

may be claimed to be confidential and proprietary to that party and in some cases could constitute trade secrets.

3.  Good cause exists for entry of the attached Protective Order regulating discovery. Entry of the Protective Order will help to preserve the confidentiality and proprietary nature of the Confidential Information designated pursuant thereto and protect the rights of the parties.

4.  Clear Channel is diligently working on serving the Verified Complaint and other pleadings filed. However, due to the emergency nature of this action, and because Defendants have not yet entered an appearance in this matter, personal consultation pursuant to Rule 26(c) is not feasible.

WHEREFORE, Plaintiff Clear Channel Broadcasting, Inc. requests entry of the Protective Order attached hereto as Exhibit A and for all other appropriate relief.


Dated:  May 19, 2008

                                              /s/ Roger Pascal
Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500

*Attorneys for Plaintiff Clear Channel Broadcasting, Inc.*

CH1\5741905.2