IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR CHANNEL BROADCASTING, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| | | Case No. 08 cv 2884 |
| v. | | |
| | | Judge Joan B. Gottschall |
| THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, | | |
| | | Magistrate Judge Susan E. Cox |
| Defendants. | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Clear Channel Broadcasting, Inc., states as follows:

1.  Clear Channel Broadcasting, Inc. states that it is wholly owned by Clear Channel Communications, Inc., a publicly traded company.

Dated: May 19, 2008

Respectfully submitted,

/s/ Roger Pascal
Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500

*Attorneys for Plaintiff Clear Channel Broadcasting, Inc.*

CH1\5743873.2