IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

TO: Joette Doran
Joette S. Doran & Assoc., PC
2300 N. Barrington Rd.
Suite 400
Hoffman Estates, IL 60169
Fax: 847/462-5994
joette@joettedoran.com

Don Liebentritt
General Counsel
The Tribune Company
435 N. Michigan Ave.
Chicago, IL 60611
Fax: 312/222-4206
dliebentritt@tribune.com

Ted Kulmann
Local TV LLC
1717 Dixie Highway
Fort Wright, KY 41011
ted@localtvllc.com

**PLEASE TAKE NOTICE** that on Tuesday, May 20, 2008 at 3:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, in Courtroom 2325, 219 S. Dearborn St., the courtroom usually occupied by her, and shall then and there present Plaintiff Clear Channel Broadcasting, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction, a copy of which has been previously served upon you.

- 2 -

Dated: May 19, 2008

    /s/ Roger Pascal
Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

*Attorneys for Plaintiff,*
*Clear Channel Broadcasting, Inc.*

CHI\5748298.1

- 2 -