IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN,<br><br>Defendants. | Case No. 08 C 2884 |

## DECLARATION OF JAMES D. ZINN

JAMES D. ZINN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Managing Director for Huron Consulting, which is located at 550 West Van Buren Street in Chicago. I and my team were asked to image and analyze the hard drive of the Clear Channel computer issued to defendant Andrew Friedman, which we received on May 14, 2008 from Schiff Hardin LLP (the "Computer"). Although our investigation is ongoing, I submit this declaration to inform the Court regarding the forensics evidence I and my team have found thus far on that Computer. I have personal knowledge of the facts set forth herein and, if called as a witness, would competently testify thereto.

2. Thousands of files were deleted from the Computer on the morning of May 13, 2008, which I understand from Clear Channel's legal counsel is the morning of the same day that Mr. Friedman delivered the Computer to their offices. Many of those files appear to be associated with the deinstallation of software programs and deletion of the various files that would have been generated by the use of that software, such as the user and activity logs that

would have provided information regarding what software programs were run, and when they were last run. Among the deleted programs is SKYPE, a program used for sending "instant" text messages, for communicating via voice, and for sending file attachments. In addition to the software programs and associated user and activity information, the thousands of files deleted on May 13th also included user-created documents and files, such as text documents, spreadsheets and PowerPoint presentations. A list of some of these deleted user-created files is attached hereto as Exhibit A. A review of the file names of these documents indicates that many of them relate to the Tribune.

3. The evidence regarding email storage and retention on the Computer is also noteworthy. Specifically, we found only three active Outlook data files (i.e., "PST" files) on the Computer, and all three of them were empty of emails. While there were some emails still stored in folders elsewhere on the computer, I found the complete absence of emails, including the file folders used to organize emails, in these PST files to be unusual. Additionally, the Outlook "inbox" on the Computer contains no email received or sent before May 12, 2008. My impression of the forensics evidence therefore is that Mr. Friedman removed email from his Outlook inbox, and that he stored much of his email communications elsewhere, for example, on a detachable, portable storage device.

4. The forensics evidence regarding Mr. Friedman's use of detachable storage devices bears this out. Mr. Friedman connected to the Computer at least six (6) detachable, portable file storage devices since the beginning of 2008, including a 500 gigabyte (which is a very large capacity for such a device) "Western Digital" device. The Western Digital device is a portable, detachable hard drive that can hold software and files just like a computer hard drive. It has no user keyboard, however, and a user stores and accesses information on the

Western Digital by hooking it up to a computer and using that computer to either load files onto the Western Digital or access files already located there. The forensics evidence (including "link files" that were created on the Computer when it was used to access a file stored on a detachable hard drive) indicates that the Computer was used to access a number of files stored on a portable detachable storage device, including documents that appear to relate (based upon the file names) to Clear Channel and/or Tribune business. The names of some of the files that were stored on a portable detachable device, and were accessed on such a device using the Computer, include "..\Creative Programming Meeting\Agenda\1 – Opening\Sara Bareilles\Sara Bareilles plan.doc", "..\Creative Programming Meeting\Agenda\3 – Online video stats and metrics OG.ppt", and "..\Creative Programming Meeting\Agenda\7 – Trends_edit_zb.doc".

5. I was also asked to look at the user documents created and/or accessed on the Computer in the weeks prior to May 13, 2008 and list those file names that appear to relate to work done for the Tribune. Attached as Exhibit B is a list of some of those documents.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 19th DAY OF MAY 2008.

James D. Zinn

# EXHIBIT A

1. ..\2008_content_details.xls
2. ..\AF Legal\CCOMR_contract_-_Andy_Friedman.doc
3. ..\AF Legal\Confidential_Severance_Agreement_and_Release.pdf
4. ..\AF Legal\Letter_RE_Termination_of_Employment_Agreement.pdf
5. ..\AF Legal\Local TV CC Repsonse 5-12.doc
6. ..\blogs.xls
7. ..\Content Contracts\AP_DUA_final_062806.DOC
8. ..\Content Contracts\AP_-TBC_DUA_20061023.doc
9. ..\Content Contracts\Tribune_Broadcast_Group_DUA(5456_2).doc
10. ..\Content_--_2008_plan.doc
11. ..\content_salaries.xls
12. ..\content_variance_detail.xls
13. ..\Metrics\2007_Top_Blogs_Omniture_Report.xls
14. ..\Metrics\Broadcast_comScore_April_2007-aka_the_bible(R).xls
15. ..\Metrics\March_2008_Interactive_Media_Report.doc
16. ..\Metrics\NN_Dashboard_-_Phase_3_Final.ppt
17. ..\Metrics\Weekly_Broadcast_Dashboard-051208.ppt
18. ..\org_chart_03_08.ppt
19. ..\SEA Preso – 4-22-08.ppt
20. ..\TBC_Dashboard_-_February_08.ppt
21. ..\What_is_wgnmorningnews.doc
22. ..\WorldNow_Provided_Content.doc

**EXHIBIT B**

1. ..\2008_content_details.xls

2. ..\broadcast_project_intro_v3_3.ppt

3. ..\Content Contracts\AP_DUA_final_062806.DOC

4. ..\Content Contracts\AP_-TBC_DUA_20061023.doc

5. ..\Content Contracts\Tribune_Broadcast_Group_DUA(5456_2).doc

6. ..\Content_--_2008_plan.doc

7. ..\content_variance_detail.xls

8. ..\Documents and Settings\afriedman\Favorites\Favorites\Links\Tribune.url

9. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\GO92VXYG\Content_--_2008_plan[1].doc

10. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\K9UNA1GR\tribune_com[1].htm

11. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\R1JU1R02\broadcast_project_intro_v3_3[1].ppt

12. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\1DV1PHPM\NN_Dashboard_-_Phase_3_Final[1].ppt

13. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\GO92VXYG\org_chart_03_08[1].ppt

14. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\869VNRXM\tbc_chart_02_08[1].ppt

15. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\869VNRXM\TBC_Dashboard_-_February_08[1].ppt

16. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\5AV3ZQB3\2008_content_details[1].xls

17. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\869VNRXM\Broadcast_comScore_April_2007-aka_the_bible(R)[1].xls

18. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\869VNRXM\content_account_detail[1].xls

19. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\5AV3ZQB3\content_salaries[1].xls

20. ..\Documents and Settings\afriedman\Local Settings\Temporary Internet Files\Content.IE5\R1JU1R02\content_variance_detail[1].xls

21. ..\GM_Listing_-_March_2008.doc

22. ..\Metrics\2007_Top_Blogs_Omniture_Report.xls

23. ..\Metrics\broadcast.com-traffic-projections-v4.xls

24. ..\Metrics\Broadcast_comScore_April_2007-aka_the_bible(R).xls

25. ..\Metrics\March_2008_Interactive_Media_Report.doc

26. ..\Metrics\NN_Dashboard_-_Phase_3_Final.ppt

27. ..\Metrics\Weekly_Broadcast_Dashboard-051208.ppt

28. ..\SHARED_NEWS_SERVICE.doc

29. ..\TBC_Dashboard_-_February_08.ppt

30. ..\TI_Project_Initiation_Form_-_TBC_Web_Site_Relaunch__(03_10_08).doc

31. ..\ti_tbc_recommendation_1_8.doc

32. ..\tv-producer-meeting.doc

33. ..\What_is_wgnmorningnews.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR CHANNEL BROADCASTING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 cv 2884 |
| THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, | ) ) ) ) | Judge Joan B. Gottschall<br><br>Magistrate Judge Susan E. Cox |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 19, 2008, she served the foregoing Declaration of James D. Zinn, via electronic mail, to the following:

Terri L. Mascherin
John F. Ward
Jenner & Block LLP
330 North Wabash Ave.
Chicago, Illinois 60611-7603
tmascherin@jenner.com

Joette S. Doran
Joette S. Doran & Associates, PC
2300 North Barrington Road
Suite 400
Hoffman Estates, Illinois 60169
joette@joettedoran.com

/s/ Linda K. Stevens

CH1\5749533.1