**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2884 |

CLEAR CHANNEL BROADCASTING, LLC,
PLAINTIFF

V.

THE TRIBUNE COMPANY, LOCAL TV, LLC AND ANDREW FRIEDMAN,
DEFENDANTS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, ANDREW FRIEDMAN

| |
|---|
| NAME (Type or print) <br> JOETTE S. DORAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/joette s. doran |
| FIRM  JOETTE S. DORAN & ASSOCIATES, P.C. |
| STREET ADDRESS  2300 N. BARRINGTON RD, SUITE 400 |
| CITY/STATE/ZIP  HOFFMAN ESTATES, IL 60169 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6195929 | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐