Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Clear Channel Broadcasting Inc. Vs. The Tribune Company, Local TV LLC | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Motion by Plaintiff for temporary restraining order and preliminary injunction [3]; Motion by Plaintiff to expedite discovery [12]; Motion by Plaintiff for protective order [13] is set for hearing on Wednesday, May 21, 2008 at 9:00AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | RJ |
|---|---|---|