IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Susan E. Cox |

## AGREED ORDER

Plaintiff Clear Channel Broadcasting, Inc. ("Clear Channel") and Defendants The Tribune Company ("Tribune"), Local TV LLC ("Local TV") and Andrew Friedman ("Mr. Friedman"), hereby agree as follows:

1. Clear Channel has filed a Motion for Temporary Restraining Order, and has set that Motion for hearing on May 20, 2008 at 3:00 p.m.

2. Tribune and Local TV have requested that that hearing be rescheduled until May 21, 2008, at 9:00 a.m., so that their counsel may appear at the hearing and have sufficient time to prepare a written response to Clear Channel's Motion, and Clear Channel has so agreed.

3. In exchange for Clear Channel's agreement to reschedule the hearing on its Motion for Temporary Restraining Order, Tribune, Local TV and Mr. Friedman agree as follows:

   a. Pending the hearing, Mr. Friedman will not report to work for Tribune or Local TV, and will not perform any services for Tribune or Local TV.

1

b.   Pending the hearing, Mr. Friedman will not hire, assist in the hiring of any Clear Channel employee, or solicit any Clear Channel employee to resign from Clear Channel.

c.   Pending the hearing, Mr. Friedman will not disclose to Tribune, Local TV or any other third party, or use for their benefit, any information in his possession and belonging to Clear Channel.

d.   Consistent with their obligations under the Federal Rules of Civil Procedure, neither Mr. Friedman nor Tribune, or Local TV will erase or destroy any documents or electronic media containing information that is discoverable under Fed. R. Civ. P. 26.

4.   By agreeing to this Order, The Tribune, Local TV and Mr. Friedman do not admit the truth of any of the allegations of Clear Channel's Complaint, or of any facts asserted in Clear Channel's Motion for Temporary Restraining Order and supporting documents. Likewise, by agreeing to this Order, The Tribune, Local TV and Mr. Friedman do not waive any positions or defenses relating to the claims asserted by Clear Channel.

5.   By agreeing to this Order, Clear Channel does not waive any of the arguments asserted in its Motion for Temporary Restraining Order or any claims asserted in its Complaint.

/s/ Roger Pascal
Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
312-258-5500

*Attorneys for Plaintiff*
*Clear Channel Broadcasting, Inc.*

/s/ Terri L. Mascherin
Terri L. Mascherin
John F. Ward
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
312-222-9359

*Attorneys for Defendants*
*The Tribune Company and Local TV LLC*


/s/ Joette S. Doran
Joette S. Doran
Joette S. Doran & Associates, PC
2300 North Barrington Road, Suite 400
Hoffman Estates, Illinois 60169
847-490-5309

*Attorneys for Defendant Andrew Friedman*


SO ORDERED.

ENTERED:

Hon. Joan B. Gottschall, United States
District Court Judge

MAY 20 2008

CH1\5749265.1

3