IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., )<br>        Plaintiff, )<br>v. )<br>)<br>THE TRIBUNE COMPANY, LOCAL TV LLC, )<br>and ANDREW FRIEDMAN, )<br>        Defendants. )<br>) | No. 08 cv 2884<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

## DECLARATION OF PAM TAYLOR

I, Pam Taylor, do hereby declare and state as follows:

1. I have personal knowledge of the facts set forth herein and would be competent to testify to these matters if called upon to do so at trial.

2. My name is Pam Taylor. I am the Chief Operating Officer of Local TV LLC.

3. Mr. Andrew Friedman is an employee of Local TV LLC. His title is Vice President of Interactive Content. His first day of employment at Local TV LLC was May 13, 2008.

4. To my knowledge, Mr. Friedman did not bring any Clear Channel Broadcasting, Inc. ("Clear Channel") business information with him to his new position at Local TV LLC, and he is not using any Clear Channel information to carry out his current duties as an employee of Local TV LLC.

5. Local TV LLC does not compete with Clear Channel. Local TV LLC is in the business of owning television broadcast stations. It currently owns nine television broadcasting stations in eight markets throughout the country and is in the process of purchasing nine additional television stations. Local TV LLC has no

ownership or other interest in any radio station or outdoor advertising which is what I understand to be Clear Channel's business.

6. Local TV LLC is not interested in learning anything about or using Clear Channel's internet or online initiatives, business plans, or related strategies. Local TV LLC has never sought to obtain such information from Mr. Friedman or any other source.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of May, 2008.

_____
Pam Taylor

# **CERTIFICATE OF SERVICE**

    I, Jason J. Green, an attorney, hereby certify that on May 21, 2008, I electronically filed the DECLARATION OF PAM TAYLOR with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

>Roger Pascal
>Linda K. Stevens
>Julie Furer Stahr
>SCHIFF HARDIN LLP
>6600 Sears Tower
>Chicago, IL 60606
>(312) 258-5500
>
>*Attorneys for Plaintiff Clear*
>*Channel Broadcasting, Inc.*
>
>
>Joette S. Doran
>Joette S. Doran & Associates, PC
>2300 North Barrington Road, Suite 400
>Hoffman Estates, Illinois 60169
>(847) 490-5309
>
>*Attorney for Andrew Friedman*

                                                                                                          /s/ Jason J. Green.
                                                                                                          Jason J. Green.