# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Clear Channel Broadcasting, Inc. vs. The Tribune Company et al. | | |

**DOCKET ENTRY TEXT**

Hearing on plaintiff's motion for a temporary restraining order held at 9:00 a.m. on May 21, 2008. Counsel for all parties appeared. The hearing is continued to 2:00 p.m. on May 22, 2008. The parties are advised that the court will break to hold a sentencing hearing at 2:30 p.m. and that the hearing on the TRO motion will resume immediately afterwards. The parties Agreed Order, entered by the court on May 20, 2008, is continued pending a decision on the TRO motion.

Docketing to mail notices.

0:25

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|