IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 C 2884 |

### DECLARATION OF PAUL MIRALDI

PAUL MIRALDI, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am Senior Vice President, Programming & Marketing for Clear Channel Online Music & Radio ("CCOMR"), the online division of Clear Channel Broadcasting, Inc.

2. I was the executive to whom Andrew Friedman ("Friedman") reported from June, 2007 until May 12, 2008.

3. I understand that Friedman has submitted a declaration in which he states that, since June 2007, "... I have had no obligations or responsibilities for Clear Channel on a national or local level for online content." This statement is false.

4. Friedman's position for from June 2007 to May 12, 2008 was Vice President, Marketing – News/Talk & Sports for CCOMR, an executive level position within Clear Channel. Friedman's responsibilities in that position were to create and maximize local and national online content in conjunction with Clear Channel's local radio stations with the goal of increasing online audiences and revenues for the local stations.

5. I gathered from Clear Channel's business records the attached emails that were authored by or received by Friedman in the normal course of his duties as Vice President, Marketing – News/Talk & Sports for CCOMR. They include recaps of market visits that Friedman regularly drafted summarizing issues, ideas and strategies for online content discussed and exchanged between Friedman and the local stations.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 21st DAY OF MAY 2008.**

_____
Paul Miraldi

CHI\5753852.1