IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC. ) ) ) **Plaintiff,** ) ) ) v. ) ) THE TRIBUNE COMPANY, LOCAL ) TVLLC AND ANDREW FRIEDMAN ) ) ) ) **Defendants.** ) ) | CASE NO. 08 CV 2884 JUDGE JOAN B. GOTTSCHALL MAGISTRATE JUDGE SUSAN E. COX |

### NOTICE OF INTENTION TO ADOPT MEMORANDUM

     PLEASE TAKE NOTICE that Defendant, Andrew Friedman, hereby adopts and accepts as his own Memorandum In Opposition to Clear Channel Broadcasting, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunctions of Defendant's The Tribune Company and Local TV's filed by on the 21TH day of May, 2008.

                                        /s/Joette S. Doran
                                        Joette S. Doran

Joette S. Doran, #6195929
JOETTE S. DORAN & ASSOCIATES, LTD.
2300 North Barrington Road, Suite 400
Hoffman Estates, IL  60169
(847) 490-5309

## **CERTIFICATE OF SERVICE**

I, Joette S. Doran, an attorney, hereby certify that on May 21, 2008, I electronically filed the forgoing Notice of Intention to Adopt Memorandum with the Clerk of the Court using CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

Attorneys for Plaintiff Clear Channel Broadcasting, Inc.

Ms. Terri Mascherin
Mr. John F. Ward Jr.

JENNER & BLOCK LLP

330 N. Wabash Avenue

Chicago, IL 60611-7603

Tel (312) 923-2650


Attorneys for Defendants The Tribune and Local TV LLC