IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 08 CV 2884 ) |
| THE TRIBUNE COMPANY, LOCAL TV LLC AND ANDREW FRIEDMAN | ) ) JUDGE JOAN B. GOTTSCHALL ) ) MAGISTRATE JUDGE SUSAN E. COX ) ) |
| Defendants. | ) ) |

### SUPPLEMENTAL AFFIDAVIT OF ANDREW FRIEDMAN

I, Andrew Friedman, having been duly sworn upon oath, depose and state as follows:

1.  I am a Defendant in the above-entitled action and if called as a witness in this action I could testify to the following facts based on personal knowledge.

2.  From February 2005 to June 2007, my title at Clear Channel was VP, News Content. During that time, I made decisions for Clear Channel, on a centralized basis, about the news content to be placed on Clear Channel's various radio station websites. That changed in June of 2007. Since that time and through the end of my employment at Clear Chanel in May 2008, I had no role in Clear Channel's national news content strategy, news content feeds, coverage plans, and the like. In fact, since June 2007, I did not have routine access to Clear Channel's systems for centralized web content administration. My very different and diminished role at Clear Channel beginning in June 2007 was largely limited to traveling to Clear Channel radio stations across the country and advising station managers about the best use of their web sites from a local perspective.

3. The web systems utilized by Clear Channel are completely different from that of the web systems utilized by Local TV and The Tribune. In particular, Clear Channel uses a 2001 vintage, internally-developed "Feed Tool" database system to manage web content. In contrast, Local TV and The Tribune are setting up a highly-sophisticated, state-of-the-art "Taxonomy-driven" content administration system purchased from an outside vendor.

4. In addition, the web site measurement systems employed by Clear Channel, on the one hand, and Local TV and The Tribune, on the other hand, are very different. Clear Channel uses an "HBX" system while The Tribune uses an "Ominture" system. Accordingly, because they use different systems, the performance measurement procedures for each web system are completely different. Also, because the Clear Channel businesses are so different from The Tribune and Local TV businesses (i.e., radio vs. television and newspapers), each monitors substantially different sets of metrics. The web metrics reveal the demand for vastly different content strategies between the Clear Channel sites and The Tribune and Local TV sites and those strategies demand a different skill set. Indeed, it has been necessary and will continue to be necessary for me to familiarize myself with new metrics systems, new content administration systems, new online tools, and new content strategies utilized at Local TV and The Tribune. As such, the specific knowledge I gained prior to June 2007 about Clear Channel's web enterprise and metrics systems is without relevant application, in fact it is entirely useless to me, in my position with Local TV and The Tribune.

5. Moreover, Clear Channel's online radio inititatives are very different from the online initiatives employed by Local TV and The Tribune for their television and newspaper businesses. Thus, the business strategies are very different as well. In particular, Clear Channel's radio online business is based primarily on music, entertainment, and multimedia-

2

related features while the Local TV and Tribune's television and newspaper online businesses are mostly focused on hard news and information. The strategies for selecting news and information content are very different than the strategies for selecting music and entertainment content.

6. At Clear Channel, the great bulk of strategic focus and investment with respect to online offering is on music and related multimedia, not hard news and information. In fact, Clear Channel has named its online division "Clear Channel Online Music and Radio." At The Tribune and Local TV it is the opposite. The online strategic focus is primarily devoted to hard news and information.

7. Clear Channel and The Tribune and Local TV each generate their own demographic information. Clear Channel's demographics are based on radio stations or users of music-focused radio station websites. Accordingly, the strategic focus for the hard news content of The Tribune and Local TV websites is very different from the content strategies that are used for Clear Channel's music radio focused business. Moreover, the strategies used for Clear Channel's non-music radio station websites are also different from the strategies used by The Tribune and Local TV for hard news.

8. Online trends and audience behaviors change monthly. As such, the content, strategy, demographic trends and behaviors, technologies and marketing devices have substantially changed in the past year. The information and material about those subjects that I had access to at Clear Channel is now out of date, stale, and largely irrelevant.

3

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct.

_____
Andrew Friedman

Executed on this 22 day of May, 2008.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC. | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) CASE NO. 08 CV 2884<br>) |
| THE TRIBUNE COMPANY, LOCAL TV LLC AND ANDREW FRIEDMAN | )<br>) JUDGE JOAN B. GOTTSCHALL<br>) |
| | ) MAGISTRATE JUDGE SUSAN E. COX |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 22, 2008, she served the foregoing Supplemental Affidavit of Andrew Friedman, via facsimile, to the following,

    Roger Pascal
    Linda K. Stevens
    Julie Furer Stahr
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, IL 60606
    Fax: (312) 258-5600
    Attorneys for Plaintiff Clear Channel Broadcasting, Inc

    Ms. Terri Mascherin
    Mr. John F. Ward Jr.

    JENNER & BLOCK LLP

    330 N. Wabash Avenue

    Chicago, IL 60611-7603

    Fax: (312)840-7650

    Attorneys for Defendants The Tribune and Local TV LLC

                                            /s/Joette S. Doran