IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRIBUNE COMPANY, LOCAL TV LLC, ) <br> and ANDREW FRIEDMAN, ) <br> Defendants. ) <br> ) | No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge Susan E. Cox |

### OBJECTION OF DEFENDANTS THE TRIBUNE COMPANY AND LOCAL TV LLC TO PLAINTIFF'S PROPOSED ORDER SEALING EXHIBITS

The Tribune Company ("Tribune") and Local TV LLC ("Local TV")(referred to collectively as "Defendants"), through their attorneys Jenner & Block LLP, hereby object to Plaintiff's proposed "Order Sealing Exhibits," as follows:

1. On May 27, 2008, Plaintiff submitted to this Court a proposed order titled "Order Sealing Exhibits" (the "Proposed Order").

2. By that submission, Plaintiff is requesting that this Court enter an order allowing plaintiff to file under seal two exhibits: (a) Exhibit A to Paul Miraldi's Declaration and (b) Plaintiff's Exhibit 5 used at the TRO hearing.

3. Defendants object to Plaintiff's Proposed Order and to allowing Plaintiff to file those two exhibits under seal.

4. Exhibit A to Paul Miraldi's Declaration should not be filed under seal because Plaintiff has made no evidentiary showing that Exhibit A constitutes a trade secret or is otherwise confidential. There is nothing in Miraldi's Declaration that states or even suggests that Exhibit A constitutes a trade secret or confidential information. Thus, there is no evidence to support Plainitff's lawyer's assertions made at the recent TRO Hearing that this material

constitutes a trade secret or is otherwise confidential, and thus no basis to file under seal. Moreover, Plaintiff's counsel freely read parts of Exhibit A into the record during the TRO hearing. Nothing about Defendants' agreement to treat that exhibit as "attorneys' eyes only" for purposes of the TRO hearing changes the fact that plaintiff has failed to proffer any evidence that Exhibit A is a trade secret or otherwise confidential. To the extent that this Court's May 23 temporary restraining order already allowed the filing of Exhibit A under seal, Defendants request that the seal be lifted.

5. Plaintiff's Exhibit 5 should not be filed under seal because Plaintiff's counsel expressly admitted in open court that the information contained on that document is not a trade secret. Counsel made that admission during argument at the TRO hearing. Indeed, Plaintiff's counsel stated that it was Clear Channel's strategies -- derived from information contained on Exhibit 5 and other documents like it, not the information contained on Exhibit 5 itself -- that allegedly constitutes Plaintiff's trade secrets. Thus, there is no basis to allow that exhibit to be filed under seal.

WHEREFORE, Defendants Tribune Company and Local TV LLC request that this Court reject Plaintiff's Proposed Order and disallow the filing under seal of Exhibit A to Paul Miraldi's Declaration and Plaintiff's Exhibit 5.

Dated: May 28, 2008

Respectfully submitted,

THE TRIBUNE COMPANY AND LOCAL TV LLC

By: /s/ John F. Ward, Jr. _____
   One of their Attorneys

David J. Bradford
Terri L. Mascherin
John F. Ward, Jr.
Jason J. Green
JENNER & BLOCK LLP (#05003)
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

## **CERTIFICATE OF SERVICE**

    I, John F. Ward, Jr., an attorney, hereby certify that on May 28, 2008, I electronically filed the foregoing OBJECTION OF DEFENDANTS THE TRIBUNE COMPANY AND LOCAL TV LLC TO PLAINTIFF'S PROPOSED ORDER SEALING EXHIBITS with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

        Roger Pascal
        Linda K. Stevens
        Julie Furer Stahr
        SCHIFF HARDIN LLP
        6600 Sears Tower
        Chicago, IL  60606
        (312) 258-5500

        *Attorneys for Plaintiff Clear*
        *Channel Broadcasting, Inc.*

        Joette S. Doran
        Joette S. Doran & Associates, PC
        2300 North Barrington Road, Suite 400
        Hoffman Estates, Illinois 60169
        (847) 490-5309

        *Attorney for Andrew Friedman*

                _____/s/ John F. Ward, Jr._____