UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Clear Channel Broadcasting, Inc.
                                    Plaintiff,
v.                                                    Case No.: 1:08−cv−02884
                                                      Honorable Joan B. Gottschall
The Tribune Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable Joan B. Gottschall:Status hearing set for this date is stricken.( Status hearing set for 5/29/2008 at 9:30 AM.)Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.