IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., )<br>              Plaintiff, )<br>   v. )<br>)<br>THE TRIBUNE COMPANY, LOCAL TV LLC, )<br>and ANDREW FRIEDMAN, )<br>              Defendants. )<br>) | No. 08 cv 2884<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

    To:    Linda K. Stevens
             Julie Furer Stahr
             SCHIFF HARDIN LLP
             6600 Sears Tower
             Chicago, IL  60606
             (312) 258-5500

       PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall at the United States District Court for the Northern District of Illinois, Eastern Division, Room 2325, Chicago, Illinois 60604, and then and there present the attached JOINT MOTION OF THE TRIBUNE COMPANY, LOCAL TV LLC, AND ANDREW FRIEDMAN TO QUASH PLAINTIFF'S SUBPOENAS TO NONPARTIES MICROSOFT AND YAHOO OR FOR A PROTECTIVE ORDER, a copy of which is hereby served upon you.

Dated: June 3, 2008

Respectfully submitted,

THE TRIBUNE COMPANY AND LOCAL TV LLC

By: /s/ John F. Ward, Jr._____
    One of their Attorneys

David J. Bradford
Terri L. Mascherin
John F. Ward, Jr.
Jason J. Green
JENNER & BLOCK LLP (#05003)
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

-and-

ANDREW FRIEDMAN

By: /s/ Joette S. Doran_____
    His Attorney

Joette S. Doran
Joette S. Doran & Associates, PC
2300 North Barrington Road, Suite 400
Hoffman Estates, Illinois 60169
(847) 490-5309

*Attorney for Andrew Friedman*

**CERTIFICATE OF SERVICE**

      I, John F. Ward, an attorney, hereby certify that on June 3, 2008, I electronically filed the attached JOINT MOTION OF THE TRIBUNE COMPANY, LOCAL TV LLC, AND ANDREW FRIEDMAN TO QUASH PLAINTIFF'S SUBPOENAS TO NONPARTIES MICROSOFT AND YAHOO OR FOR A PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

            Linda K. Stevens
            lstevens@schiffhardin.com
            Julie Furer Stahr
            jstahr@schiffhardin.com
            SCHIFF HARDIN LLP
            6600 Sears Tower
            Chicago, IL  60606
            (312) 258-5500

            *Attorneys for Plaintiff Clear*
            *Channel Broadcasting, Inc.*


            /s/  John F. Ward