# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Clear Channel Broadcasting, Inc. vs. The Tribune Co. et al. | | |

**DOCKET ENTRY TEXT**

On the court's own motion, a preliminary injunction hearing is set for 9:30 a.m. on Tuesday, June 10, 2008. The in-court hearing scheduled for 10:15 a.m. on June 5, 2008 is stricken.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

On May 23, 2008, the court entered a temporary restraining order ("TRO"). The parties have since indicated to the court that no settlement has been reached and that the plaintiff intends to proceed with its preliminary injunction motion. The court will hear evidence beginning at 9:30 a.m. on Tuesday, June 10, 2008. *See* Fed. R. Civ. P. 65(b)(3). The TRO is extended for an additional ten (10) days beyond the original date and time of its expiration in order to give the parties time to present evidence to the court and to give the court the opportunity to decide the plaintiff's preliminary injunction motion. *See id.* 65(b)(2). The parties had agreed to stay payment of the bond until June 5, 2008; the court now directs plaintiff to post the $100,000 bond specified in the TRO no later than 10:00 a.m. on June 5, 2008. *See id.* 65(c).

The court will hear argument regarding the bond and any unresolved discovery issues, including defendants' motion noticed for June 12, 2008, at the beginning of the preliminary injunction hearing. The parties are urged to attempt to reach agreement on discovery disputes. *See id.* 37(a). The court may, at its discretion, decide urgent motions prior to the next available motion call date, providing that the motions are e-filed, correctly noticed for presentment, and courtesy copies provided.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|