**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., ) | |
| Plaintiff, ) | |
| v.                                ) | No. 08 cv 2884 |
|                                   ) | |
| THE TRIBUNE COMPANY, LOCAL TV LLC, ) | Judge Joan B. Gottschall |
| and ANDREW FRIEDMAN,              ) | Magistrate Judge Susan E. Cox |
| Defendants.                       ) | |
|                                   ) | |

**NOTICE OF MOTION**

To: Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall at the United States District Court for the Northern District of Illinois, Eastern Division, Room 2325, Chicago, Illinois 60604, and then and there present the attached EMERGENCY MOTION OF THE TRIBUNE COMPANY, LOCAL TV LLC, AND ANDREW FRIEDMAN TO VACATE MINUTE ORDER SETTING PRELIMINARY INJUNCTION HEARING AND ORDER PERMITTING EXPEDITED DISCOVERY BECAUSE DEFENDANTS AGREE TO INTERIM RELIEF, a copy of which is hereby served upon you.

Dated: June 4, 2008

Respectfully submitted,

THE TRIBUNE COMPANY AND LOCAL TV LLC

By: /s/ John F. Ward, Jr.
        One of their Attorneys

David J. Bradford
Terri L. Mascherin
John F. Ward, Jr.
Jason J. Green
JENNER & BLOCK LLP (#05003)
One IBM Plaza
Chicago, IL 60611
(312) 222-9350


-and-


ANDREW FRIEDMAN


By: /s/ Joette S. Doran
        His Attorney

Joette S. Doran
Joette S. Doran & Associates, PC
2300 North Barrington Road, Suite 400
Hoffman Estates, Illinois 60169
(847) 490-5309

*Attorney for Andrew Friedman*

2

## CERTIFICATE OF SERVICE

I, John F. Ward, an attorney, hereby certify that on June 4, 2008, I electronically filed the attached EMERGENCY MOTION OF THE TRIBUNE COMPANY, LOCAL TV LLC, AND ANDREW FRIEDMAN TO VACATE MINUTE ORDER SETTING PRELIMINARY INJUNCTION HEARING AND ORDER PERMITTING EXPEDITED DISCOVERY BECAUSE DEFENDANTS AGREE TO INTERIM RELIEF with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

>Linda K. Stevens
>lstevens@schiffhardin.com
>Julie Furer Stahr
>jstahr@schiffhardin.com
>SCHIFF HARDIN LLP
>6600 Sears Tower
>Chicago, IL  60606
>(312) 258-5500
>
>*Attorneys for Plaintiff Clear Channel Broadcasting, Inc.*

/s/  John F. Ward

3