IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Susan E. Cox |

**NOTICE OF MOTION**

TO:  Joette Doran
     Joette S. Doran & Assoc., PC
     2300 N. Barrington Rd.
     Suite 400
     Hoffman Estates, IL 60169
     Fax: 847/462-5994
     joette@joettedoran.com

     Don Liebentritt
     General Counsel
     The Tribune Company
     435 N. Michigan Ave.
     Chicago, IL 60611
     Fax: 312/222-4206
     dliebentritt@tribune.com

     Ted Kulmann
     Chief Financial Officer
     Local TV LLC
     1717 Dixie Highway
     Fort Wright, KY 41011
     ted@localtvllc.com

**PLEASE TAKE NOTICE** that on Thursday, June 12, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, in Courtroom 2325, 219 South Dearborn Street, the courtroom usually occupied by her, and shall then and there present Plaintiff Clear Channel Broadcasting, Inc.'s Motion for Preservation Order and Response to Motion to Vacate, a copy of which is hereby served upon you.

- 2 -

Dated: June 5, 2008

/s/ Linda K. Stevens
Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

*Attorneys for Plaintiff,*
*Clear Channel Broadcasting, Inc.*

CH2\2534425.1