Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Clear Channel Broadcasting, Inc. vs. The Tribune Company et al. | | |

**DOCKET ENTRY TEXT**

In Court Hearing Held. Defendants' emergency motion to vacate orders for expedited discovery and setting preliminary injunction hearing [44] is granted in part and denied in part as stated in open court and below. Defendants's motion to quash subpoenas served on non-parties Microsoft Corporation and Yahoo! Inc. [42] is denied as moot.

■[ For further details see text below.]

Docketing to mail notices.

0:45

## STATEMENT

The court held a hearing on defendants' emergency motion to vacate orders for expedited discovery and setting preliminary injunction hearing on June 5, 2008 at 11:00 a.m. Counsel for Clear Channel Broadcasting, Inc., Local TV LLC, and The Tribune Company appeared.

The court orders the hard drives of the following persons to be imaged in order to preserve evidence: Randy Michaels, James Gilbert, Marc Chase, Gerrit Meier, and Paul Miraldi. The parties need only preserve the evidence, not produce it, at this time. All discovery relating to claims proceeding to arbitration is stayed.

The parties are directed to provide the court, no later than 2 p.m. on June 6, 2008, with an agreed order on the extension of the temporary restraining order and the date of the next court appearance. Absent such an order, the preliminary injunction will proceed as scheduled.

| | |
|---|---|
| Courtroom Deputy Initials: | RJ/DAM |