# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Clear Channel Broadcasting, Inc. vs. The Tribune Company et al. | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, the temporary restraining order issued by this court on May 23, 2008 is extended to and including July 22, 2008. The preliminary injunction hearing scheduled for June 10, 2008 is stricken. The matter is set for status on June 25, 2008 at 9:30 a.m. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|