IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC.,<br>   Plaintiff,<br>v.<br><br>THE TRIBUNE COMPANY, LOCAL TV LLC,<br>and ANDREW FRIEDMAN,<br>   Defendants. | No. 08 cv 2884<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

## AGREED ORDER

This cause coming on to be heard on the Emergency Motion of the Tribune Company, Local TV LLC, and Andrew Friedman to Vacate Minute Order Setting Preliminary Injunction Hearing and Order Permitting Expedited Discovery Because Defendants Agree to Interim Relief, the court having heard argument regarding that motion and being advised in the premises, and the parties having reached certain agreements,

IT IS HEREBY ORDERED:

1. The Preliminary Injunction hearing date set for June 10, 2008 is hereby stricken.

2. The Temporary Restraining Order issued by this Court on May 23, 2008 is hereby extended, by agreement of the parties, to and including July 22, 2008.

3. By agreement of the parties, defendant Friedman will do no work for either Tribune or Local TV (and likewise do no work or provide services to any affiliate or otherwise related company or person) through and including July 22, 2008.

4. Defendants Tribune and Local TV will search their paper, computer and other electronic files for, and return to Clear Channel, any Clear Channel business documents provided to them by defendant Friedman and will not use or disclose such documents.

5. The Order providing for expedited discovery is vacated. Clear Channel's Motion for Preliminary Injunction is continued until a date to be determined by further order of this Court.

6. This matter is set for status on June 25, 2008 at 9:30 a.m.

ENTERED:

_____  6·6·08
Hon. Joan B. Gottschall
United States District Court Judge


/s/ Linda K. Stevens_____

Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
312-258-5500

*Attorneys for Plaintiff*
*Clear Channel Broadcasting, Inc.*


/s/ Terri L. Mascherin_____

David J. Bradford
Terri L. Mascherin
John F. Ward, Jr.
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
312-222-9359

*Attorneys for Defendants*
*The Tribune Company and Local TV LLC*


/s/ Joette S. Doran_____

Joette S. Doran

1662825.3

Joette S. Doran & Associates, PC
2300 North Barrington Road, Suite 400
Hoffman Estates, Illinois 60169
847-490-5309

*Attorneys for Defendant Andrew Friedman*

CH1\5823654.1

1662825.3