# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., ) | |
| Plaintiff, ) | |
| v. ) | No. 08 cv 2884 |
| ) | |
| THE TRIBUNE COMPANY, LOCAL TV LLC, ) | Judge Joan B. Gottschall |
| and ANDREW FRIEDMAN, ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

To:   Roger Pascal
    Linda K. Stevens
    Julie Furer Stahr
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, IL  60606
    (312) 258-5500

PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall at the United States District Court for the Northern District of Illinois, Eastern Division, Room 2325, Chicago, Illinois 60604, and then and there present the attached THE TRIBUNE COMPANY AND LOCAL TV LLC'S MOTION TO DISMISS, a copy of which is hereby served upon you.

Dated: June 9, 2008                               Respectfully submitted,

                                                  THE TRIBUNE COMPANY AND LOCAL
                                                  TV LLC

                                                  By: /s/ John F. Ward, Jr.
                                                          One of their Attorneys

                                                  David J. Bradford
                                                  Terri L. Mascherin
                                                  John F. Ward, Jr.
                                                  Jason J. Green
                                                  JENNER & BLOCK LLP (#05003)
                                                  One IBM Plaza
                                                  Chicago, IL 60611
                                                  (312) 222-9350

**CERTIFICATE OF SERVICE**

     I, John F. Ward, Jr., an attorney, hereby certify that on June 9, 2008, I electronically filed THE TRIBUNE COMPANY AND LOCAL TV LLC'S MOTION TO DISMISS and THE TRIBUNE COMPANY AND LOCAL TV'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

        Roger Pascal
        Linda K. Stevens
        Julie Furer Stahr
        SCHIFF HARDIN LLP
        6600 Sears Tower
        Chicago, IL  60606
        (312) 258-5500

        *Attorneys for Plaintiff Clear*
        *Channel Broadcasting, Inc.*


        Joette S. Doran
        Joette S. Doran & Associates, PC
        2300 North Barrington Road, Suite 400
        Hoffman Estates, Illinois 60169
        (847) 490-5309

        *Attorney for Andrew Friedman*


                      /s/ John F. Ward, Jr.
                            John F. Ward, Jr.