IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR CHANNEL BROADCASTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 cv 2884 |
| | ) | |
| THE TRIBUNE COMPANY, LOCAL TV LLC, | ) | Judge Joan B. Gottschall |
| and ANDREW FRIEDMAN, | ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |
| | ) | |

**THE TRIBUNE COMPANY AND LOCAL TV LLC'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of this Court, the undersigned counsel for The Tribune Company and Local TV LLC hereby certifies as follows:

1. The Tribune Company is a non-governmental corporation. The Tribune Company has no corporate parent, and no publicly held affiliate owns more than a 5% interest in The Tribune Company.

2. Local TV LLC is a limited liability company. No publicly held affiliate is a member of Local TV LLC.

Dated: June 10, 2008

Respectfully submitted,

THE TRIBUNE COMPANY AND LOCAL TV LLC

By: /s/ John F. Ward Jr. _____
    One of their Attorneys

David J. Bradford
Terri L. Mascherin
John F. Ward, Jr.
Jason J. Green
JENNER & BLOCK LLP (#05003)
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

## **CERTIFICATE OF SERVICE**

  I, John F. Ward, Jr., an attorney, hereby certify that on June 10, 2008, I electronically filed THE TRIBUNE COMPANY AND LOCAL TV LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 with the Clerk of the Court using the CM/ECF system, and served the filing electronically via the Court's CM/ECF system to:

> Roger Pascal
> Linda K. Stevens
> Julie Furer Stahr
> SCHIFF HARDIN LLP
> 6600 Sears Tower
> Chicago, IL 60606
> (312) 258-5500
>
> *Attorneys for Plaintiff Clear Channel Broadcasting, Inc.*
>
>
> Joette S. Doran
> Joette S. Doran & Associates, PC
> 2300 North Barrington Road, Suite 400
> Hoffman Estates, Illinois 60169
> (847) 490-5309
>
> *Attorney for Andrew Friedman*

            _____/s/ John F. Ward, Jr._____
                John F. Ward, Jr.