# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Clear Channel Broadcasting, Inc.

Plaintiff,

v.

Case No.: 1:08−cv−02884

Honorable Joan B. Gottschall

The Tribune Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants, The Tribune Company and Local TV LLC's Motion to dismiss [54] complaint is entered and continued. Plaintiff to file a response by 7/3/2008; defendants to reply by 7/18/2008. Ruling to issue thereafter. No appearance is required on 6/12/2008. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.