Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2884 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Clear Channel Broadcasting Inc. Vs. The Tribune Company, et al | | |

**DOCKET ENTRY TEXT**

Enter Order Sealing Exhibits. It is hereby ordered that Plaintiffs Exhibit 5 from the May 23, 2008 hearing on Plaintiff's moiton for a temporary restraining order and the Exhibit to Paul Miraldi's Declaration shall be placed and kept under seal and not be made part of the public record unless and until a further order of this court issues in that regard.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 PM 12:28
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|