IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, <br><br> Defendants. | Case No. 08 cv 2884 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Susan E. Cox |

## ORDER SEALING EXHIBITS

Plaintiff Clear Channel Broadcasting, Inc. ("Clear Channel"), having filed a Verified Complaint for Injunctive and Other Relief, Motion for Temporary Restraining Order and Preliminary Injunction, and Motion for Protective Order, and Motion to Seal Exhibit, all matters addressed by the Court at the TRO hearing on May 23, 2008, the defendants having agreed to treat the Exhibit to Paul Miraldi's Declaration and Plaintiff's Exhibit 5 used at the TRO hearing as "Attorneys' Eyes Only" (without any admission as to whether those documents do, in fact, constitute confidential information), and defendants having posed no objection to putting those Exhibits under seal;

IT IS HEREBY ORDERED THAT: Plaintiffs Exhibit 5 from the May 23, 2008 hearing on Plaintiff's Motion for a Temporary Restraining Order and the Exhibit to Paul Miraldi's Declaration shall be placed and kept under seal and shall not be made a part of the public record unless and until a further order of this Court issues in that regard.

SO ORDERED.

ENTERED:

_____
Hon. Joan B. Gottschall

JUN 1 8 2008

Prepared by:

Roger Pascal
Linda K. Stevens
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

*Attorneys for Plaintiff*
*Clear Channel Broadcasting, Inc.*

CHI\5769281.1