IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN,<br><br>        Defendants. | Case No.  08 cv 2884<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Susan E. Cox |

## PLAINTIFF'S WITHDRAWAL OF APPEARANCE OF LEE ANN RABE

      Pursuant to Rule 83.17 of the Local Rules of the U.S. District Court for the Northern District of Illinois, the appearance of Lee Ann Rabe of Schiff Hardin LLP filed on behalf of Plaintiff Clear Channel Broadcasting, Inc., is hereby withdrawn.  Plaintiff will continue to be represented by attorneys Roger Pascal, Linda K. Stevens, Julie Furer Stahr, and Thurston C. Bailey, all of Schiff Hardin LLP.

Dated:  July 1, 2008

                                                        /s/ Lee Ann Rabe
                                                        Roger Pascal
                                                        Linda K. Stevens
                                                        Julie Furer Stahr
                                                        Lee Ann Rabe
                                                        Thurston C. Bailey
                                                        SCHIFF HARDIN LLP
                                                        6600 Sears Tower
                                                        Chicago, Illinois  60606
                                                        (312) 258-5500

                                                        *Attorneys for Plaintiff Clear Channel Broadcasting, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 1, 2008, she electronically filed the foregoing Plaintiff's Withdrawal of Appearance of Lee Ann Rabe by using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Terri L. Mascherin | Joette S. Doran |
| John F. Ward | Joette S. Doran & Associates, PC |
| Jenner & Block LLP | 2300 North Barrington Road |
| 330 North Wabash Ave. | Suite 400 |
| Chicago, Illinois 60611-7603 | Hoffman Estates, Illinois 60169 |
| tmascherin@jenner.com | joette@joettedoran.com |

/s/ Lee Ann Rabe

CH1\5865086.1