**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CLEAR CHANNEL BROADCASTING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  08 cv 2884** |
| v. | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN,** | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Clear Channel Broadcasting, Inc., and Defendants The Tribune Company, Local TV, LLC, and Andrew Friedman, by their respective attorneys, hereby stipulate and agree that this action shall be dismissed with prejudice.  Each party to bear its own costs and fees, except that Plaintiff will bear costs of the arbitration filed in the American Arbitration Association.

Dated:  July 14, 2008

For Plaintiff Clear Channel Broadcasting, Inc.

/s/ Julie Furer Stahr_____
Julie Furer Stahr
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5700 (facsimile)

For Defendant Local TV, LLC

/s/ Terri L. Mascherin_____
Terri L. Mascherin
JENNER & BLOCK LLP

For Defendant The Tribune Company

/s/ Terri L. Mascherin_____
Terri L. Mascherin
JENNER & BLOCK LLP
One IBM Building
Chicago, Illinois 60611
(312) 222-9350
(312) 840-7799 (facsimile)

For Defendant Andrew Friedman

/s/ Joette S. Doran_____
Joette S. Doran
JOETTE S. DORAN & ASSOCIATES, P.C.

One IBM Building                    2300 N. Barrington Rd., Suite 400
Chicago, Illinois 60611             Hoffman Estates, Illinois 60169
(312) 222-9350                      (847) 462-5993
(312) 840-7799 (facsimile)          (847) 462-5994 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR CHANNEL BROADCASTING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  08 cv 2884 |
| THE TRIBUNE COMPANY, LOCAL TV LLC and ANDREW FRIEDMAN, | ) ) ) ) | Judge Joan B. Gottschall |
| Defendants. | ) ) | Magistrate Judge Susan E. Cox |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the Stipulation to Dismiss with Prejudice with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Julie Furer Stahr*_____
Julie Furer Stahr