**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Clear Channel Broadcasting, Inc.
                                    Plaintiff,

v.                                                       Case No.: 1:08−cv−02884
                                                           Honorable Joan B. Gottschall

The Tribune Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation to Dismiss with prejudice [64] filed 7/14/08, this case is dismissed with prejudice. Each party to bear its own costs and fees, except that Plaintiff will bear costs of the arbitration filed in the American Arbitration Association. All pending dates and/or motions are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.